## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 3c:10-cv-50178

DENTAL USA, INC V. D-SHARP DENTAL, INC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DENTAL USA, INC.

| | |
|---|---|
| NAME (Type or print) BYUNG H. WHANG | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ BYUNG H. WHANG | |
| FIRM B H WHANG & ASSOCIATES, LTD. | |
| STREET ADDRESS 1111 PLAZA DRIVE, SUITE 755 | |
| CITY/STATE/ZIP SCHAUMBURG, IL 60173 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6288702 | TELEPHONE NUMBER 847-517-3696 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |